RECEIVED
CHARLOTTE, NC

MAR 02 2018

Clerk, US District Court
Western District of NC

PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Robert S. Ballard
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

v.

Case No. 3:17-CV-393-FDW

MR. HERRING, Supt. MR. Rogers, Assist Supt.
Capt. Aaron, Sgt. Simmons,
Medical Dept. 1st Shift Nurses Nurse Thompson,
(Enter above full name of defendant or defendants.) Head Nurse
Nurse Supervisor - J. Bennett, Assist Supt, Nurse Brooks.

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( X ) No ( ) This is Amended Complaint ORDERED BY COURT.

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.

1. Parties to previous lawsuits:
Plaintiffs: ____________________

Defendants: ____________________

2. Court (if federal court, name the district; if state court, name the county): ____________________

3. Docket number: ____________________

4. Name of presiding judge: ____________________

5. Disposition (for example, was the dismissed? Appealed? Is it still pending?)
____________________

6. Approximate date of case filing: ____________________

II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes (✓) No ( )

1. Name the court and docket number for each:
US District Court - Ballard-vs-Daniels, 5:16-CT-3012-BO pending
US District Court Ballard-vs-Daniels 5:16-3150 pending
US District Court Ballard vs Mullins - Lost.

B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes ( ) No (X)

1. If yes, how many?

2. Name the court and docket number for each action:

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES

A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes (X) No ( )

B. If your answer is Yes:

1. When did you file your grievance?
July 11, 2017; July 15, 2017

2. What was your grievance?
Being denied Policies: Being subject to cruel and unusual punishment For no Reason

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( ) No ( )

If yes, when was the decision and what was the result? (Sequence 05378)
I never Got A Response other than Grievance was Accepted And was accepted By A. Henry on 7-13-17; Second was Accepted By A. Henry, 7-20-17 - Staff ID HAJ22

C. If your answer to A is no, identify the claim(s) and explain why not: (Sequence 05446)


Case 3:17-cv-00393-MR Document 12 Filed 03/02/18 Page 2 of 9

Additional Defendants:

5. Mr. D. Hatley
Unit Manager
Lanesboro CI
PO Box 280
Polkton, NC 28125

6. Capt. Aaron
Capt - At Lanesboro CI
PO Box 280, Polkton, NC 28125

7. Sgt. Simmons
Sgt. At Lanesboro CI
Po Box 280 Polkton NC 28125

8. Nurse Parks
Nurse At Lanesboro CI
Po Box 280 Polkton NC 28125

9. 1st First Shift Nurses
medical Dept at Lanesboro CI
Po Box 280 Polkton NC 28125

IV. PARTIES

A. Plaintiff's Name: [redacted] Robert Pollard / Transferred to Central Prison

Address/Place of Confinement: PO Box 280 / Hospital - 1300 Western Blvd

Polkton NC 28135 / Raleigh NC 27606

B. Defendant(s)

Name of Defendant 1: MR HERRING

Position: Supt

Place of Employment: LANESBORO C.I.

Current Address: PO Box 280, POLKTON NC 28135

Additional Defendant(s) provide name, position, place of employment, and current address for each.

Defendant 2: J. BENNETT Assist Supt
LANESBORO CI
PO Box 280
POLKTON, NC 28135

Defendant 3: MS. THOMPSON
NURSE SUPERVISOR
PO Box 280
POLKTON NC 28135

Defendant 4: MR Rogers
ASSIST Supt.
PO Box 280
POLKTON, NC 28135

(Continue on separate sheet if necessary.)

V. STATEMENT OF CLAIM

State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

1. DENIED HANDICAP CELL (2) DENIED SHOWERS FOR 9 DAYS AND 13 DAYS 1 SHOWER GIVEN IN 21 DAYS WHILE HOUSED IN MEDICAL DEPT.
(3) HOUSED IN A CELL IN MEDICAL FOR 21 DAYS WITH NO HOT WATER, LIGHTS ON 24/7 - NOT A HANDICAP CELL.
(4) DENIED MEDICATIONS ANYWHERE FROM 2 HOURS TO AS MUCH 12 HOURS. REGULAR MEDS WERE DUE AT 7AM - I RECEIVED MY MEDS ANYWHERE FROM 9AM TO AS LATE AS 630 PM.
(5) DENIED CLEAN CLOTHING, UNDERWEAR, PANTS, SHIRTS, BEDDING FOR 9 DAYS
(6) CHAINED WITH WAIST CHAIN HANDCUFFS, BLACK BOX AND LEG CUFF FOR KNOCKING ON DOOR TO OBTAIN MEDICAL ASSISTANCE WHEN HAVING CHEST PAIN - CUFFS PUT ON SO TIGHT BADLY BRUISED WRISTS

Case 3:17-cv-00393-MR Document 12 Filed 03/02/18 Page 4 of 9

-FACTS- PAGE(1)

PLAINTIFF WAS housed IN Red Unit-Seg- Due To plaintiff having periods of chest pain; Plaintiff was sent to outside hospital-After Returning To Lanesboro, Prison plaintiff was placed in A Regular cell in Red Unit Anson Unit cell F-11-NOT A Handicap cell. Plaintiff remain in this cell for 2DAYS when he was Removed And Taken To the Medical Dept To be housed until A Transfer could be done due to plaintiff should never have been sent to Lanesboro, its Not A Medical prison-only for A-1 And A-2 inmates, Plaintiff is AN A-3 classification-medical Unstable Chronic Disease Requiring A Chronic CARE Unit Same As plaintiff has been housed since 2012,

Plaintiff in Medical Dept After 9DAYS without Shower, clean clothes, And NoT ever Receiving medications As scheduled-Medical STAFF Less than 25 Ft From plaintiff's cell in Medical Dept

Plaintiff banged on the door requesting his medications, And A shower every day, Requesting shower And clean clothes. Plaintiff given 1st shower After 9DAYS in Medical Dept. Than second shower 13DAYS Later- Plaintiff Received 2 Showers in (22 DAYS)

Plaintiff had Chest pain one morning, Requesting Medical Help. Capt. Aaron, Sgt. Simmons And 3 others officers came in The cell And chained plaintiff up with A waist chain, handcuffs, black box And Leg chain And left like this for 12 Hours unable to get in his wheelchair And use the bathroom, plaintiff was forced To use The Floor-

FACTS PAGE #2

Plaintiff wrote a letter to Mr. Rogers, Assist. Supt about not receiving shower, clean clothes - Mr. Rogers came and told plaintiff he would receive a shower and clothes that day - it did not happen.

Plaintiff filed grievances to Mr. Herring, Supt of Lanesboro

Next Plaintiff has heart meds, blood thinners, blood pressure, and several other medications that are due at 7AM (scheduled) Medical Nursing Staff on 1st Shift is less than 25 ft. from Plaintiff; Took anywhere from 9AM to as late as 630 PM to bring plaintiff his medications - less than 25 Ft. away from Medical Staff.

Next. Nurse Thompson, Supervisor Nurse changed plaintiff's acuity level from A-3 to A-2. A-2 is someone in good health Plaintiff has had 3 heart attacks, has 10 stents in his heart, Multi level disc and end plate degenerative, Annular tears in the posterior disc Also Noted at L-3-L-4, L-5 And S-1 There is central spinal stenosis Also with a page listed full of back issues from 3 MRI Report and 1 Myelogram Report. Dr. Kenneth Price has been treating Plaintiff for several years - Recently on 4-26-17 Dr. Price wrote Plaintiff is too High Risk for surgery with his heart plus the odds of doing more harm are greater than the benefits to be received. Dr Price ordered 45mg MS-Contin 2 times a day; 5mg Oxycodone for breakthrough every 6 hrs. Plaintiff was denied this.

FACTS PAGE #3

Plaintiff is confined to a wheelchair because of his back-
Plaintiff was denied a Handicap cell by Unit Manager Mr D. Hatley,
Red Unit Manager

Each and every named defendant has Personal Knowledge and
involvement in the above actions, decissions.

On or About 5-9-17 Plaintiff was Transferred From CP Prison And was sent To Lanesboro CI.

Continued on paper

VI. REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

(1) An Order That Defendants denied Plaintiff his Constitutional Rights against Cruel And Unusual punishment - 8th Amendment

Further: Plaintiff was Denied Medical treatment that Amounts to [illegible] [illegible] Violation of 8th Amendment

(2) Award Compensatory Damages in the of $50,000 from Each Defendant

(3) Award punitive Damages in the Amount of $25,000 For Each Defendant

Case 3:17-cv-00393-MR Document 12 Filed 03/02/18 Page 8 of 9

Date: 2-23-18

Signature: Robert [signature]

Prison ID #: 001223

Case 3:17-cv-00393-MR Document 12 Filed 03/02/18 Page 9 of 9