UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-393-FDW

| ROBERT BALLARD, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| FNU HATLEY, et al., | ) | **ORDER** |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court on Plaintiff's Motion to Substitute Party Names, seeking to add as Defendants in this action Eyho A. Parks, Amba E. Totou, Regina S. Hooks, Charlene G. Barrett, Oluwafuluke Abisogun, and Winnie Kariuki. (Doc. No. 16). Plaintiff originally identified these persons as "First Shift Nurses, Lanesboro Correctional." This Court noted in a prior screening order that, before these Defendants could be served, Plaintiff needed to identify their names, which he has now done. See (Doc. No. 13). Therefore, Plaintiff's motion is granted, and Eyho A. Parks, Amba E. Totou, Regina S. Hooks, Charlene G. Barrett, Oluwafuluke Abisogun, and Winnie Kariuki shall be added as Defendants.

**IT IS THEREFORE ORDERED THAT**:

1. Plaintiff's Motion to Substitute Party Names, (Doc. No. 16), is **GRANTED**, and Eyho A. Parks, Amba E. Totou, Regina S. Hooks, Charlene G. Barrett, Oluwafuluke Abisogun, and Winnie Kariuki shall be added as Defendants.

2. This Court recently enacted Local Rule 4.3, which sets forth a procedure to waive service of process for current and former employees of the North Carolina Department of Public Safety ("NCDPS") in actions filed by North Carolina State

1

prisoners. The Clerk of Court shall commence the procedure for waiver of service as set forth in Local Rule 4.3 for Defendants Eyho A. Parks, Amba E. Totou, Regina S. Hooks, Charlene G. Barrett, Oluwafuluke Abisogun, and Winnie Kariuki, who are current or former employees of NCDPS.

1.

Signed: September 12, 2018

Frank D. Whitney
Chief United States District Judge