# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-cv-393-FDW

| | |
|---|---|
| **ROBERT BALLARD,** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )<br>)<br>) **ORDER**<br>) |
| **FNU HATLEY, et al.,** | )<br>) |
| **Defendants.** | ) |

The North Carolina Attorney General's Office, having moved to have the Waivers of Service of Summons for Amba Totou, Oluwafuluke Abisgon and Winnie Kairuki ("Defendants"), deemed timely filed, (Doc. No. 29), and good cause appearing therefor,

IT IS ORDERED that the Waivers of Service of Summons for Defendants are deemed timely filed as of the date of this Order. It is further ordered that the North Carolina Attorney General shall have up to and including March 25, 2019, to: (1) complete an investigation into whether the Attorney General's Office will provide a defense for Defendants; and (2) if a defense will be provided for Defendants, to enter a notice of appearance and an answer or other responsive pleading.

Signed: March 18, 2019

Frank D. Whitney
Chief United States District Judge