UNITED STATES DISTRICT COURT
WESTERN DISTRICT of NORTH CAROLINA
3:17-CV-00393-FDW

Robert Ballard, plaintiff
VS
FNU HATLEY, ET, AL. Defendants

FILED
CHARLOTTE, NC
MAR 20 2020
US DISTRICT COURT
WESTERN DISTRICT OF NC

Plaintiff's Response To Defendants motion for Summary Judgment

Comes now plaintiff Robert Ballard and files his Response To Defendants motion for Summary Judgment for failing To Exhault his administation Remedies.

Defendants submitted To this Court copies of Grievances plaintiff Filed while at Central Prison and only one that plaintiff filed AT Lanesboro.

Plaintiff has already submitted to this Court that officials at Lanesboro Accepted, signed off A Grievance but never Responded To. officials at Lanesboro did not and would not Accept several Grievances Filed by plaintiff.

Plaintiff made every Attempt To Exhault his Administation Remedies several Times and only one grievance was Accepted and Answered by officials At Lanesboro.

Background:

This case is about plaintiff being Transferred to Lanesboro Correctional. Lanesboro is not an institution)

That is equipmented To handle inmates who are confined to wheelchairs.

I was housed in a Regular Cell in Red Unit (Anson Unit) and put in cell F-11 - NOT A Handicap cell. Handicap cells have sinks, Toilets made for handicap people - beds are higher so inmates can Transfer from wheelchair To bed. Toilets are higher for the same reason. Sinks are made so a inmate can roll up To and be able To use The sink.

2. Second Issue:

Plaintiff was later housed in Main Medical in a cell with Lights on 24/7. Plaintiff was denied a shower the first Time nine days. Second shower was 11 Days later. Plaintiff was denied clean beding, clearning clothing.

3. THIRD ISSUE:

Several Defendants came To medical Unit Took plaintiff's wheelchair, placed handcuffs, black box, waist chain, and leg cuffs on plaintiff and left plaintiff sitting on his bed like That for approx 12 hours - No way To use The bathroom, no body checked on plaintiff. Policy states 6 hours is max for an inmate To be chained up and he must be check on every 2 hours.

4. Fourth Issue:

Nurses refused To give plaintiff his medications as they were ordered by doctors. Several Times I Received my 7AM

As late as 6PM. Most of the time my 7AM medications were given between 9AM-10AM. I was no more than 25 feet from the nurses and I could see several nurses sitting at their counter.

Medical officials changed Plaintiff's ACTIVITY from "A-3" to "A-1". A-3 means an inmate needs to be housed at certain prisons that have the medical staff to treat an inmate with activity level "A-3"

"A-1" activity level means the inmate is in A-1 health, not in a wheelchair; requires no medications and has no medical restrictions/handicaps.

Plaintiff is far from Activity "A-1" level. Plaintiff has at least 15 medical restrictions, is in a wheelchair, takes approx 35 pills a day.

GRIEVANCE PROCESS:

If an inmate files a grievance it goes to the Unit Manager to be answered and returned to the inmate, who can accept or appeal that response.

Inmate can not go to step two until [redacted] step one has been answered and returned. If an inmate never gets his response, step one, he can not appeal to step two

Lanesboro officials were well known for not responsing to inmate grievances. Plaintiff submitted where Defendants accepted, signed off and assigned the grievance a number

YET Refused To Answer the Grievance, Plaintiff had filed several other grievances and never received a receipt of the Grievance back.

Plaintiff wrote To Mr. Roger, Asst. Supt about the conditions he was being housed in a main medical, Mr. Rogers came personally and Told plaintiff that he would receive clean clothes, bedding and a shower that day, YET it did not happen.

Plaintiff did in fact file several Grievances wrote To Mr Rogers, And Mr. Herring, J. Bennett about conditions, not receiving medication, and nothing was done to correct The situation.

Plaintiff submitted several Grievances that he filed, one had been signed, accept and a Grievance number assigned yet Defendants still refused to answer said Grievance. Plaintiff made Every attempt To exhaust his Administration Remedies, one showing it was accepted, signed off on and still not responsed To show Plaintiff tried in every way To exhaust his Administration Remedies.

There is a genuine material facts in dispute here and only a Trial by jury can settle these issues. Summary Judgment can not be Granted in this case. There are Too many issues in dispute - mainly That Defendants denied Plaintiff his right To file Administrative Remedies, (Grievances)

Refused to Respond And Refused to accept his Grievances. And never acknowledged the filing of them.

WHEREFORE, For Reasons setforth herein, documents Filed (Grievances) to This Court in earlier pleadings, Summary Judgment should be denied. Defendants sent This Court Grievances that were Filed AT Central Prison, which has nothing what so ever To do with this case at hand To Try To confused This Court about Grievances Plaintiff Filed. This case needs to be assigned to settlement court or To a Trial docket.

Respectfully Submitted

Robert Bell

3-12-20