UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00393-MR

| ROBERT BALLARD, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| FNU HATLEY, et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the Court *sua sponte* on the Court's review of the docket in this matter.

On October 1, 2020, the parties were ordered to notify the Court within fourteen (14) days of that Order whether they consent for this Court to hold a judicial settlement conference pursuant to Local Civil Rule 16.3(d) in an effort to settle this matter without a trial. Neither party responded to the Court's Order.

As such, the Court orders that this matter will proceed to trial as set on or after March 8, 2021 in accordance with the previous Order of this Court. [See Doc. 83].

# **ORDER**

**IT IS THEREFORE ORDERED** that this matter will proceed to trial as set on or after March 8, 2021 in accordance with the previous Order of this Court.

**IT IS SO ORDERED**.

Signed: November 3, 2020

Martin Reidinger
Chief United States District Judge