IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00393-MR

| | |
|---|---|
| ROBERT BALLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| FNU HATLEY, FNU THOMPSON, ) | |
| FNU BENNETT, FNU HERRING, ) | |
| FNU ROGERS, FNU AARON, FNU DOE, ) | |
| FNU PARKS, FNU SIMMONS, ) | |
| EYHO A. PARKS, AMBA E. TOTOU, ) | |
| CHARLENE G. BARRETT, ) | |
| OLUWAFULUKE ABISOGUN, ) | |
| WINNIE KAIRUKI ) | |
| ) | |
| Defendants. ) | |

This matter is before the undersigned following the Order of the District Court granting Plaintiff's request for a judicial settlement conference. Doc. 90.

A judicial settlement conference is set for **Thursday, January 14, 2021** beginning at **9:30 AM**.

The conference will be conducted by telephone. Call-in instructions will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from Central Prison, Plaintiff's present place of incarceration. Central Prison shall ensure that the

necessary accommodations are made to allow Plaintiff to participate in the settlement conference.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants and their counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of all Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate using the same conference line as Defendants and their counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later than January 7, 2021 or be subject to summary denial.

The Clerk is respectfully instructed to certify a copy of this Order to Captain Michelle Hartley at Central Prison.

It is so ordered.

Signed: December 29, 2020

W. Carleton Metcalf
United States Magistrate Judge