IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00393-MR

| | |
|---|---|
| ROBERT BALLARD, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| FNU HATLEY, FNU THOMPSON, FNU BENNETT, FNU HERRING, FNU ROGERS, FNU AARON, FNU DOE, FNU PARKS, FNU SIMMONS, EYHO A. PARKS, AMBA E. TOTOU, CHARLENE G. BARRETT, OLUWAFULUKE ABISOGUN, WINNIE KAIRUKI | ) |
| Defendants. | ) |

Pursuant to the Order of the District Court, see Doc. 90, the undersigned conducted a telephonic judicial settlement conference in this matter on January 14, 2021.

Agreement was reached as to all issues.

Signed: January 14, 2021

W. Carleton Metcalf
United States Magistrate Judge