UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NO. 3:17-CV-00393-FDW

| | | |
|---|---|---|
| ROBERT S. BALLARD,<br><br>Plaintiff,<br><br>v.<br><br>FNU HATLEY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Robert S. Ballard and David A. Aaron, Jerline Bennett, John A. Herring, William J. Rogers, Jr., Brett A. Simmons, Aree Thompson, Amba Totou, Christina Oluwafuluke Abisogun, Winnie Kairuki, Echo A. Parks, David Hatley, Charlene G. Barrett (hereinafter, collectively "Defendants"), through their respective counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice as to all Defendants, in the above-captioned action. The Parties are to bear their own costs, attorneys' fees, and other expenses of litigation.

Respectfully submitted this the 22nd day of February, 2021.

[SIGNATURE PAGE TO FOLLOW]

Stipulated to by:

Robert Ballard

Robert S. Ballard, *pro se*

Date: 1-28-21

JOSHUA H. STEIN
Attorney General

/s/ Adrina G. Bass
Adrina G. Bass
N.C. State Bar No. 39521
Assistant Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: 919-716-0322
Facsimile: 919-716-6761
abass@ncdoj.gov
*Attorney for Defendants*