UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE 3:17 CV 00393-MR

ROBERT S BALLARD, plaintiff
VS
HATLEY, ET. AL

FILED
ASHEVILLE, N.C.
APR 22 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.

# WRIT OF MANDAMUS

Comes now Plaintiff, Robert S. Ballard and files this Writ of mandamus against all defendants in the above entitled action for failure to pay Plaintiff the agreed settlement that was reached 1-14-21 with Judge W. Carleton Metcalf.

All parties agreed that Plaintiff would receive $1000.00, Plaintiff not received any money as of 4-18-21 over 90 days after the date the settlement was agreed upon.

Plaintiff has wrote the Court, no response, Plaintiff wrote Asst. Atty General Bass, no response, Plaintiff wrote Josh Stein Atty. General no response.

Plaintiff feels Defendants should pay for the delay in paying Plaintiff for all the work in writing letters trying to obtain his owed money. The cost of this Writ that Plaintiff has had to file to obtain money owed to him by defendants. Plaintiff request his $1000 plus $100 be sent to Plaintiff (15) days from 4-21-21

Respectfully
Robert Ballard

4-18-21